Earl F. Shults, Sr., for the Benefit of Sylvia Jean Shults and Earl Franklin Shults, Minors, and Ellen Shults, Appellants, v. Harry Kontos, d/b/a Marine Grill, Joseph Youngren, d/b/a Homestead Tavern, and Cecil Hargrave, d/b/a Clyde's Ship, Appellees.

Gen. No. 11,440. ■■■■■

Second District, Second Division.

May 16, 1961.

Hugh M. Matchett, for appellant; Moran, Klockau, McCarthy, Schubert & Henss, and O'Brien, Burnell, Puckett & Barnett, for appellee. Opinion by JUDGE SPIVEY. Not to be published in full.